**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Diana Ericker FREEMAN, Petitioner.**

**Commonwealth of Pennsylvania, Respondent,**

v.

**Diana Ericker Freeman, Petitioner.**

Supreme Court of Pennsylvania.

July 23, 1999.

## ORDER

PER CURIAM:

AND NOW, this 23rd day of July, 1999, we GRANT the Petition for Allowance of Appeal limited to the following issue:

> Whether the trial court erred in failing to suppress evidence seized from her vehicle because her consent to the search was tainted by an illegal detention?